**Second Order filed October 24, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00760-CV
_____

## IN THE INTEREST OF R.P.R. JR., A CHILD

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-04660J**

---

## SECOND ORDER

This is an appeal from a judgment terminating the parental rights of appellant, Mother. In her notice of appeal, Mother requests the appointment of counsel because of her indigent status.

In Texas, there is a statutory right to counsel for indigent persons in parental termination cases. *See* Tex. Fam. Code Ann. § 107.013(a)(1) (West Supp. 2016); *see also In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003). If an indigent parent requests appointment of an attorney to appeal a judgment terminating his or her parental rights, the trial court must determine the issue of indigence. *See* Tex. Fam. Code Ann. § 263.405(e) (West 2014). If the court finds the parent to be indigent,

or the parent is presumed indigent, the court must appoint counsel to represent the parent on appeal. *Id.*; *In re K.M.*, 98 S.W.3d 774, 776 (Tex. App. Fort Worth 2003, no pet.).

On October 3, 2017, we ordered the judge of the 314th District Court to immediately conduct a hearing to determine whether appellant desires to prosecute this appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. We ordered that the transcribed record of the hearing, and supplemental clerk's record containing findings of fact and conclusions of law be filed with the clerk of this court on or before October 23, 2017. To date, this court has not received the requested record.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). Accordingly, we issue this second order.

We ORDER the judge of the 314th District Court to immediately conduct a hearing, via teleconference if necessary, to determine whether appellant desires to prosecute this appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. The judge shall appoint an appellate counsel for appellant if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court on or before **November 3, 2017**.

PER CURIAM